```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 08986
    ARLENE MILLER
                                           CHAPTER 13

                                           JUDGE: SUSAN PIERSON SONDERBY

        Debtor
    SSN XXX-XX-2454


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 03/14/2005 and was confirmed 05/19/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors   33.51%.

    The case was paid in full 03/25/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                              PAID            PAID
------------------------------------------------------------------------------
WORLD SAVINGS & LOAN ASS  CURRENT MORTG           .00           .00              .00
BANK OF AMERICA NA         UNSECURED        NOT FILED           .00              .00
ECAST SETTLEMENT CORP      UNSECURED          5929.94           .00          1987.12
RESURGENT CAPITAL SERVIC   UNSECURED OTH    21289.64            .00          7134.58
ECAST SETTLEMENT CORP      UNSECURED          4046.41           .00          1355.95
CITI CARDS                 UNSECURED        NOT FILED           .00              .00
ECAST SETTLEMENT CORP      UNSECURED           200.40           .00            67.15
KOHLS                      UNSECURED           121.57           .00            40.74
ROUNDUP FUNDING LLC        UNSECURED           403.47           .00           135.20
VERIZON WIRELESS           UNSECURED           743.00           .00           248.98
COSSIDENTE & SALUS         DEBTOR ATTY       1,200.00                       1,200.00
TOM VAUGHN                 TRUSTEE                                            723.68
DEBTOR REFUND              REFUND                                                .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              12,893.40

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                    10,969.72
ADMINISTRATIVE                                1,200.00
TRUSTEE COMPENSATION                            723.68
DEBTOR REFUND                                      .00
                    --------------       --------------
TOTALS               12,893.40               12,893.40



                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 08986 ARLENE MILLER
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

    Dated: 06/26/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 08986 ARLENE MILLER